RE: 2013-CI-/3615

OF TEXAS

Dear Clerk.

GREETINGS & RESPECTS

05-13TH-15

ENCLOSED, PLEASE FIND THE ORIGINAL AND COPY, OF THE
THE PLAINTIFF'S NOTICE OF APPEAL W/PAUPERES APPLICATION
WOULD YOU BE SO KIND AS TO LOG, FILE, DOCKET AND SUBMIT
SUCH WITH THE COURT FOR ACTION THEREIN.

ALSO WOULD YOU PLEASE NOTIFY ME OF YOUR RECEIPT AND DATE
OF DOING SO.

THANK YOU

2015 JUN -1 PM 2:19

CAUSE NO. 2013-CI-13615

§
§
§
§

4TH COURT OF APPEALS
OF TEXAS, BEXAR COUNT[...]
SAN ANTONIO, DIVISIO[...]

MICHAEL E. GEIGER, PLAINTIFF

— VS —

PAUL A. HAMPEL, DEFENDANT

## NOTICE OF APPEAL

TO THE HONORABLE COURT AND JUDGE :

NOTICE IS HEREBY GIVEN, BY VIRTUE OF : FED. R. CIV. PROC. RULE 60 (B)(3[...] AND (6),, THAT MICHAEL E. GEIGER,, PLAINTIFF, IN THE ABOVESAID CAUSE — ACTION,: **HEREBY APPEAL**,, TO THE 4TH U.S. COURT OF APPEALS — FOR BEXAR COUNTY, TEXAS (SOUTHERN DISTRICT) SAN ANTONIO DIVISIO[...] FROM A JUDGEMENT ON APPEARANCE & DEFAULT,, ~~ENTERED ON~~ ENTER[...] ON APRIL 13TH, 2015 BY 407TH JUDICIAL DISTRICT COURT, HEREIN ENTERED.

PLAINTIFF                          577721
                                   PRO SE

℅
MR. MICHAEL E. GEIGER #577721A
COFFIELD PLANTATION
2661 FM 2054
TENNESSEE COLONY, TEXAS
                    75884

( 1 OF 6 PAGES



§     4TH COURT OF APPEALS
§     OF TEXAS, BEXAR COUNTY
§     SAN ANTONIO, DIVISION

MICHAEL E. GEIGER,    PLAINTIFF

— VS —

PAUL A. HAMPEL,    DEFENDANT

# NOTICE OF APPEAL

TO THE HONORABLE COURT AND JUDGE:

NOTICE IS HEREBY GIVEN, BY VIRTUE OF: FED. R. CIV. PROC. RULE 60 (B)(3), (4), AND (6), THAT MICHAEL E. GEIGER, PLAINTIFF, IN THE ABOVESAID CAUSE - ACTION,: HEREBY APPEAL, TO THE 4TH U.S. COURT OF APPEALS - FOR BEXAR COUNTY, TEXAS (SOUTHERN DISTRICT) SAN ANTONIO DIVISION, FROM A JUDGEMENT ON APPEARANCE & DEFAULT, ENTERED ON APRIL 13TH, 2015 BY 407TH JUDICIAL DISTRICT COURT, HEREIN ENTERED.

_____
PLAINTIFF     577721
    PRO SE

%
MR. MICHAEL E. GEIGER #577721A
COFFIELD PLANTATION
2661 FM 2054
TENNESSEE COLONY, TEXAS
75884

MR. Michael E. GEIGER #577721
Coffeild Unit
2661 FM 2054
Tennessee Colony, Texas
75884

Legal

FOURTH TEXAS 7X HGUGE
DALLAS TX 750
29 MAY 2015 PM 2 L

7820530379S

ATTENTION

% 4th COURT of APPEALS
CARLENIA REEVES JUSTICE CENTER

✓ 300 DOLOROSA St. RM.3200
SAN ANTONIO, TEXAS
78205 - 3037



PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINE
JUSTICE - CORRECTIONE
INSTITUTIONS DIVISION